UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

          Plaintiff,

      v.

RONALD D. KLINE,

          Defendant.

_____/

NO. CIV. 2:11-2383 WBS DAD

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

        After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for January 9, 2012.

        I.   <u>SERVICE OF PROCESS</u>

        The named defendant has been served and no further service is permitted without leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).

///

///

1

II.   JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to pleadings will be permitted except with leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

III. JURISDICTION/VENUE

Jurisdiction is predicated upon federal question jurisdiction, 28 U.S.C. § 1331, because plaintiff has brought claims under the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12183.  Venue is hereby found to be proper.

IV.   DISCOVERY

The parties shall serve the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) by no later than February 6, 2012.

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than April 9, 2012.  With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before May 7, 2012.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by June 4, 2012.  The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has

been obeyed.  All motions to compel discovery must be noticed on
the magistrate judge's calendar in accordance with the local
rules of this court and so that such motions may be heard (and
any resulting orders obeyed) not later than June 4, 2012.

V.   MOTION HEARING SCHEDULE

All motions, except motions for continuances, temporary
restraining orders, or other emergency applications, shall be
filed on or before July 23, 2012.  All motions shall be noticed
for the next available hearing date.  Counsel are cautioned to
refer to the local rules regarding the requirements for noticing
and opposing such motions on the court's regularly scheduled law
and motion calendar.

VI.   FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for September 17,
2012, at 2:00 p.m. in Courtroom No. 5.  The conference shall be
attended by at least one of the attorneys who will conduct the
trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for
trial at the time of the Pretrial Conference, with no matters
remaining to be accomplished except production of witnesses for
oral testimony.  Counsel shall file separate pretrial statements,
and are referred to Local Rules 281 and 282 relating to the
contents of and time for filing those statements.  In addition to
those subjects listed in Local Rule 281(b), the parties are to
provide the court with: (1) a plain, concise statement which
identifies every non-discovery motion which has been made to the
court, and its resolution; (2) a list of the remaining claims as
against each defendant; and (3) the estimated number of trial

3

1   days.

2   In providing the plain, concise statements of
3   undisputed facts and disputed factual issues contemplated by
4   Local Rule 281(b)(3)-(4), the parties shall emphasize the claims
5   that remain at issue, and any remaining affirmatively pled
6   defenses thereto.  If the case is to be tried to a jury, the
7   parties shall also prepare a succinct statement of the case,
8   which is appropriate for the court to read to the jury.

9   VII.   TRIAL SETTING

10   The jury trial is set for November 20, 2012, at 9:00
11   a.m.  The parties estimate the jury trial will last three to four
12   days.

13   VIII. SETTLEMENT CONFERENCE

14   A Settlement Conference will be set at the time of the
15   Pretrial Conference.  All parties should be prepared to advise
16   the court whether they will stipulate to the trial judge acting
17   as settlement judge and waive disqualification by virtue thereof.

18   Counsel are instructed to have a principal with full
19   settlement authority present at the Settlement Conference or to
20   be fully authorized to settle the matter on any terms.  At least
21   seven calendar days before the Settlement Conference counsel for
22   each party shall submit a confidential Settlement Conference
23   Statement for review by the settlement judge.  If the settlement
24   judge is not the trial judge, the Settlement Conference
25   Statements shall not be filed and will not otherwise be disclosed
26   to the trial judge.

27   IX.   MODIFICATIONS TO SCHEDULING ORDER

28   Any requests to modify the dates or terms of this

4

1  Scheduling Order, except requests to change the date of the
2  trial, may be heard and decided by the assigned Magistrate Judge.
3  All requests to change the trial date shall be heard and decided
4  only by the undersigned judge.
5  DATED: December 29, 2011
6
7  _____
   WILLIAM B. SHUBB
8  UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28