2383
CATHERINE M. CORFEE SBN 155064
CORFEE STONE & ASSOCIATES
P.O. Box 1098
Carmichael, CA 95609
Telephone: (916) 487-5441
Facsimile: (916) 487-5440

ATTORNEYS FOR DEFENDANT
RONALD D. KLINE

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>      Plaintiff,<br>  vs.<br><br>Ronald D. Kline<br><br>      Defendant. | Case No.: 2:11-cv-02383-WBS-DAD<br><br>**ORDER EXTENDING EXPERT WITNESS EXCHANGE DEADLINE** |

After reviewing the Stipulation signed by the parties in this matter, and after a finding of good cause, THE COURT HEREBY ORDERS that the expert witness disclosure deadline in this matter be extended to May 9, 2012.

Dated:        April 17, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
C:\CAED\iFolder\DSHU2\inBOX\Signed\11cv2383 Johnson - Order Upon Stip to Extend Exprt Wit Deadline.doc