SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br><br>            Plaintiff; <br><br>     vs. <br><br> Ronald D. Kline, et al, <br><br>            Defendant. | Case No. **2:11-cv-02383-WBS-DAD** <br><br> **ORDER RE: STIPULATION FOR DISMISSAL** |

   IT IS SO ORDERED THAT the above-entitled action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).

                              Date:   June 4, 2012

                              */s/ William B. Shubb*
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATION FOR DISMISSAL

CIV: S-11-2383-WBS-DAD- 1